UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOROTHY RABOURN,

      Plaintiff,

                                    Case No.  1:11-cv-604

v.

                                    HONORABLE PAUL L. MALONEY

AEROTEK, INC. AND
PRICELINE.COM,

      Defendants.

_____/

### ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

      Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation.  A review of the docket for this case has revealed that defendant Priceline.com has not filed the requisite disclosure.

      IT IS HEREBY ORDERED that defendant Priceline.com shall file a corporate disclosure statement within seven (7) days of the date of this order.


Date:   June 23, 2011                              /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge